

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-14-00038-CR

ROYCE WAYNE SEWELL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 1323375

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Royce Wayne Sewell has filed a motion to dismiss his appeal, signed both by Sewell and his counsel. Pursuant to Rule 42.2(a) of the Texas Rules of Appellate Procedure, we grant his motion. *See* TEX. R. APP. P. 42.2(a).

We dismiss the appeal.

Bailey C. Moseley
Justice

Date Submitted:     April 23, 2014
Date Decided:       April 24, 2014

Do Not Publish